Submitted on record and briefs June 14, affirmed August 17, 1977

DOUG BROWN, *Appellant,*
*v.*
CUPP, *Respondent.*
(No. 97296, CA 7653)
567 P2d 619

R. Michael Healey and Bell, Bell & Rounsefell, Stayton, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Melinda L. Bruce, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

In this habeas corpus proceeding, plaintiff, a prisoner in the Oregon State Penitentiary, appeals from the trial court's finding that he was not mentally ill and therefore was not being denied adequate medical care for his mental illness.

Contrary to plaintiff's contention, the testimony of the prison psychiatrist that the defendant was not mentally ill and did not need psychiatric care is sufficient to support a finding of fact not subject to being disturbed on review. *Ball v. Gladden,* 250 Or 485, 443 P2d 621 (1968).[1]

Affirmed.

---

[1]The issue raised by the state in *Penrod v. Cupp,* 30 Or App 371, 567 P2d 563 (1977), is not raised here.